

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00660-CR

**IN RE** Robinson **BASTIDAS-BASTIDAS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Irene Rios, Justice
              Lori Massey Brissette, Justice

Delivered and Filed: March 12, 2025

DENIED

Relator, Robinson Bastidas-Bastidas, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Bastidas-Bastidas is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 36321CR, styled *The State of Texas v. Robinson Bastidas Bastidas*, pending in the County Court, Maverick County, Texas, the Honorable Susan D. Reed presiding.